KARO
x 7058
DEF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Christian Jose PEREZ-Apodaca,<br><br>Defendant. | Magistrate Case No. 25MJ3143-DEB<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry after Deportation |

The undersigned complainant being duly sworn states:

On or about June 5, 2025, within the Southern District of California, Defendant Christian Jose PEREZ-Apodaca an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose i.e., conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Mario Valdez-Vazquez, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th of June, 2025.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On June 5, 2025, at approximately 10:30 A.M., Christian Jose PEREZ-Apodaca (Defendant) applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented United States Passport Card bearing the name with initials M.A.L., as his entry document. Defendant stated he was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer conducted routine queries, received a computer-generated alert for a lost or stolen passport card. The CBP Officer asked Defendant where he was born and he replied, "Los Angeles, California". The CBP Officer noticed that the photograph on the document did not match Defendant's facial features. The CBP Officer elected to refer Defendant to secondary for further inspection.

In secondary, Defendant was queried by fingerprint and photograph submission through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query linking Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) records which identified Defendant as a citizen of Mexico and a previously deported alien.

Further DHS records confirmed Defendant is a citizen of Mexico without legal documents or entitlements to enter the United States. DHS records revealed Defendant was Expeditously Removed by an Immigration Officer from the United States to Mexico on or about August 26, 2013, and was subsequently physically removed from the United States to Mexico on or about August 27, 2013, via Calexico, California. Defendant was last physically removed from the United States to Mexico on or about July 12, 2016, via Nogales, Arizona. DHS records contain no evidence Defendant has applied for or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to legally re-enter the United States.

At approximately 3:04 P.M., during a video-recorded interview, Defendant was advised of his Miranda rights and elected to make a statement. Defendant admitted to being a citizen of Mexico without documents to legally enter the United States. Defendant stated he presented a United States Passport Card that did not belong to him and that the document contained someone else's name. Defendant stated he paid $3000 US dollars for the document he presented to an unknown man and upon successful entry into the United States he still owed $5000 US dollars. Defendant stated he was going to Idaho to live and seek work.